IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SARA NEGASH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-848 (AJT/MSN) |
| ) | |
| ASHLEY HAWKINS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

Pending before the Court is the Report and Recommendation [Doc. No. 23] of the Magistrate Judge recommending that this action be dismissed without prejudice in light of *pro se* Plaintiff Sara Negash's failure to respond to phone calls and emails from Defendants about a joint proposed discovery plan, failure to file a discovery plan, and failure to appear at the initial pretrial conference with the Magistrate Judge, all in violation of this Court's Scheduling Order of October 19, 2017, [Doc. No. 16]. The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that this action be, and the same hereby is, DISMISSED without prejudice.

The clerk is directed to forward copies of this Order to all counsel of record and to mail a copy to *pro se* Plaintiff Sara Negash and to enter judgment in favor of the Defendants pursuant to Fed. R. Civ. P. 58.

**This is a final order for purposes of appeal**. To appeal, Plaintiff must file a written Notice of Appeal with the Clerk of the Court within thirty (30) days of the date of this Order. A Notice of Appeal is a short statement stating a desire to appeal an order and identifying the date of the order Plaintiff wishes to appeal. Failure to file a timely Notice of Appeal waives Plaintiff's right to appeal this decision.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 28, 2017